## THE PEOPLE *against* THE JUDGES OF CAYUGA, &c.

Where a court of common pleas refuses to give judgment in a cause before them, this court will not grant a *mandamus*, until after a rule to show cause has first been granted for the purpose.

MUMFORD, on an affidavit, stating that a verdict had been obtained, in an action depending in the common pleas of Cayuga county, on which the court refused or delayed to give judgment, moved for a *mandamus* to the judges of that court, commanding them to pronounce judgment on the verdict.

*Per Curiam.* The practice adopted in such case is first to grant a rule to show cause. On showing cause, it is in the discretion of the court to grant a peremptory *mandamus* or not, as the case may require. Take a rule to show cause.(*a*)

(*a*) See *The People* v. *Judges of Washington*, 1 Caines, 511; *The People* v. *Troop*, 12 Wend. 183. See also, the note to *Fish* v. *Weatherwax, infra*, 215.